# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: Mitchell, Marwayne
Mitchell, Iris
Debtors

§
§
§
§

Case No. 09 B 31139

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/25/2009.

2) The plan was confirmed on 10/29/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/22/2010.

5) The case was dismissed on 05/27/2010.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $8,050.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,952.17 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $2,952.17

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,766.02 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $186.15 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,952.17

Attorney fees paid and disclosed by debtor $325.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Public Aid | Priority | $0 | NA | NA | $0 | $0 |
| Illinois Dept Of Public Aid | Priority | $0 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $6,513.72 | $11,376.92 | $11,376.92 | $0 | $0 |
| Internal Revenue Service | Priority | $2,833.72 | NA | NA | $0 | $0 |
| Santander Consumer USA | Secured | $0 | $12,057.37 | $12,057.37 | $0 | $0 |
| American InfoSource LP | Unsecured | NA | $358.88 | $358.88 | $0 | $0 |
| American InfoSource LP | Unsecured | NA | $799.83 | $799.83 | $0 | $0 |
| Armor Systems Corporation | Unsecured | $36.00 | $36.80 | $36.80 | $0 | $0 |
| Asset Acceptance | Unsecured | $820.00 | $820.95 | $820.95 | $0 | $0 |
| Asset Acceptance | Unsecured | $694.00 | $694.63 | $694.63 | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $197.82 | $197.82 | $0 | $0 |
| Bank Of America | Unsecured | NA | $567.45 | $567.45 | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $342.00 | NA | NA | $0 | $0 |
| Cbe Group | Unsecured | $693.72 | NA | NA | $0 | $0 |
| Cda/Pontiac | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Chase Bank | Unsecured | $468.47 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $4,700.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| City Of Chicago Dept Of Revenue | Unsecured | $13,000.00 | $19,415.60 | $19,415.60 | $0 | $0 |
| CMG Group | Unsecured | $225.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $923.49 | $854.34 | $854.34 | $0 | $0 |
| Complete Credit Solutions Inc | Unsecured | $458.00 | NA | NA | $0 | $0 |
| Complete Credit Solutions Inc | Unsecured | $374.00 | $374.18 | $374.18 | $0 | $0 |
| Custom Collection | Unsecured | $215.00 | $215.00 | $215.00 | $0 | $0 |
| Diane Gibson | Unsecured | $1,354.00 | NA | NA | $0 | $0 |
| Diversified Consultants | Unsecured | $0 | NA | NA | $0 | $0 |
| Diversified Consultants | Unsecured | $1,200.00 | NA | NA | $0 | $0 |
| Emergency Care Physician | Unsecured | $293.00 | NA | NA | $0 | $0 |
| Enhanced Recovery | Unsecured | $877.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $454.00 | NA | NA | $0 | $0 |
| Gateway Financial | Unsecured | $9,190.00 | NA | NA | $0 | $0 |
| GC Services | Unsecured | $710.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $314.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $169.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $169.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $137.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $73.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $3,490.98 | $3,490.98 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $509.00 | NA | NA | $0 | $0 |
| Leading Edge Recovery Solutions | Unsecured | $603.47 | NA | NA | $0 | $0 |
| Leading Edge Recovery Solutions | Unsecured | $1,481.62 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $81.57 | NA | NA | $0 | $0 |
| Methodist Hospital | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Metro South Medical Center | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Metro South Medical Center | Unsecured | $277.62 | NA | NA | $0 | $0 |
| MiraMed Revenue Group, LLC | Unsecured | $1,835.00 | NA | NA | $0 | $0 |
| MiraMed Revenue Group, LLC | Unsecured | $1,835.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $41.00 | NA | NA | $0 | $0 |
| Northshore Medical Group | Unsecured | $284.60 | NA | NA | $0 | $0 |
| Northwest Memorial Hospital | Unsecured | $30,000.00 | NA | NA | $0 | $0 |
| Northwest Memorial Hospital | Unsecured | $50.00 | NA | NA | $0 | $0 |
| OAC | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Orland Family Care | Unsecured | $110.00 | NA | NA | $0 | $0 |
| OSI Collection Services Inc | Unsecured | $226.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Paramount | Unsecured | $1,600.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,111.61 | $1,415.84 | $1,415.84 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $3,382.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,537.00 | $1,536.84 | $1,536.84 | $0 | $0 |
| Premier Bankcard | Unsecured | $425.00 | $425.75 | $425.75 | $0 | $0 |
| Premier Bankcard | Unsecured | $364.00 | $364.84 | $364.84 | $0 | $0 |
| Premier Bankcard | Unsecured | $472.00 | $472.85 | $472.85 | $0 | $0 |
| Professional Account Management | Unsecured | $620.00 | NA | NA | $0 | $0 |
| Salute Visa | Unsecured | $509.00 | NA | NA | $0 | $0 |
| St Francis Hospital | Unsecured | $73.69 | NA | NA | $0 | $0 |
| Torres Credit | Unsecured | $349.00 | NA | NA | $0 | $0 |
| Torres Credit | Unsecured | $854.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Western Horizon | Unsecured | $8,125.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $12,057.37 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $12,057.37 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $11,376.92 | $0 | $0 |
| **TOTAL PRIORITY:** | $11,376.92 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $32,042.58 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,952.17 |
| Disbursements to Creditors | $0 |
| **TOTAL DISBURSEMENTS:** | $2,952.17 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: July 27, 2010          By: /s/ MARILYN O. MARSHALL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.